Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV23-01588-PHX-DJH |
| Plaintiff, | |
| vs. | Notice of Service of Preliminary Policies and Procedures to Defendants |
| American Auto Repair Coverage, LLC, | |
| and | |
| David A. Friedrichs; | |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |

Pursuant to this courts order dated August 11, 2023 (ECF Doc. 8), Plaintiff Jason Crews hereby notifies the court Defendants American Auto Repair Coverage, LLC and David A. Friedrichs have been served copies of said order via USPS as follows:

- American Auto Repair Coverage, 5988 Mid Reivers Mall Dr., St. Charles, MO 63304

- David A. Friedrichs, 30 Glenna Dr, Saint Peters, MO 63376

Dated this August 18, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.