IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | No. CV-23-01588-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| American Auto Repair Coverage LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 14), filed on October 11, 2023. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before November 17, 2023. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that any pending motions (Doc. 12) are **DENIED AS MOOT.**

Dated this 12th day of October, 2023.

Honorable Diane J. Humetewa
United States District Judge